## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:                                              CASE No.  10-30072-DHW
                                                    CHAPTER 13

JACQUELINE LYNETTE PERDUE,

    Debtor(s)

### TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, by and through the undersigned counsel, and pursuant to 11 U.S.C. §1325(b) objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1.   The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Court on January 11, 2010.

2.   The debtor(s) §341 Meeting of Creditors was held February 18, 2010.

3.   Confirmation is scheduled for March 22, 2010.

4.    11 U.S.C. §1308 requires that in a Chapter 13 case, the debtor shall file with appropriate taxing authorities all tax returns for all taxable periods ending during the four-year period ending on the date of the filing of the petition.

5.   As of the meeting of creditors held on February 18, 2010, the debtor  had not yet filed her 2005 tax return.

WHEREFORE, the above premises considered, the Trustee objects to confirmation, as the debtor(s) has failed to comply with the provisions of 11 U.S.C. §1308.

Respectfully submitted March 15, 2010.

                        Curtis C. Reding
                        Standing Chapter 13 Trustee

By:    /s/  Tina J. Hayes
          Tina J. Hayes
          Staff Attorney
          ASB-9847-C32H

Office of the Chapter 13 Trustee
166 Commerce St., Ste. 202
P. O. Box 173
Montgomery, AL 36101-0173
Phone: 334-262-8371
Fax: 334-264-6127
Email: hayest@ch13mdal.com

## CERTIFICATE OF SERVICE

        I, Tina J. Hayes, certify that a copy of the foregoing TRUSTEE'S OBJECTION TO CONFIRMATION has been served on the parties listed below either by electronic filing or by placing same in the United States Mail, postage prepaid and properly addressed, March 15, 2010.

/s/  Tina J. Hayes
Tina J. Hayes

Jacqueline Lynette Perdue
7401 Fairway Drive
Montgomery, AL  36116

Vonda S. McLeod (*via electronic filing*)