UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re: JACQUELINE LYNETTE PERDUE         CASE NO.: 10-30072

Debtor(s)         CHAPTER 13

## OBJECTION TO CONFIRMATION

COMES NOW Lessor-Creditor, Southern Lease Management Group, LLC, by and through counsel, and hereby objects to confirmation of the Debtor's plan as filed. In support of this objection, Lessor-Creditor states as follows:

1. Confirmation of Debtor's plan is set for March 22, 2010.

2. Debtor is in possession of certain property of Lessor-Creditor pursuant to a rental purchase agreement entered into between Debtor and Lessor-Creditor on October 31, 2006 for the lease of one ten foot (10') by twelve foot (12') portable storage building bearing serial number: LB 345-1012-061405. A copy of the agreement is attached hereto.

3. Debtor has not completed the terms of payment under the rental purchase agreement.

4. Debtor's Chapter 13 plan does not address whether Debtor intends to assume or reject her lease with Lessor-Creditor.

WHEREFORE, PREMISES CONSIDERED, Lessor-Creditor respectfully requests that confirmation of Debtor's proposed plan be denied.

Respectfully submitted this the 19th day of March, 2010.

         /s/ Rowlett W. Sneed, III
         ROWLETT W. SNEED, III
         Attorney for Lessor-Creditor

OF COUNSEL:
Morton & Associates
102 S. Court Street, Suite 317
Florence, AL 35630
(256) 764-8595  Phone
(256) 764-7135  Fax

# CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing objection was served by first class mail to the below-listed parties, this the 19th day of March, 2010.

| | |
|---|---|
| Curtis C. Reding, Trustee<br>P.O. Box 173<br>Montgomery, AL  36101 | Vonda S. McLeod<br>Attorney for Debtor<br>P.O. Box 201<br>Montgomery, AL  36101 |

Jacqueline Lynette Perdue
7401 Fairway Drive
Montgomery, AL  36116

                                      /s/ Rowlett W. Sneed, III
                                      OF COUNSEL